DECISIONS PER CURIAM, FROM OCTOBER 6, 1924, TO AND INCLUDING JANUARY 12, 1925, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 14. ORIGINAL. UNITED STATES *v.* STATE OF WASHINGTON. In Equity. Stipulation as to decrees submitted October 6, 1924. Decided October 13, 1924. Stipulation as to decree approved; and decree entered. *Mr. Solicitor General Beck* for the United States. *Mr. L. L. Thompson* for defendant.

———

No. —, ORIGINAL. *Ex parte:* IN THE MATTER OF KINGSTON DRY DOCK CONSTRUCTION COMPANY, INC., PETITIONER. Submitted October 6, 1924. Decided October 13, 1924. Motion for leave to file petition for a writ of prohibition and/or a writ of mandamus herein denied. *Mr. D. M. Tibbets* and *Mr. John M. Woolsey* for petitioner.

———

No. 56. CENTRAL UNION TRUST COMPANY OF NEW YORK, *v.* WILLIAM H. EDWARDS, COLLECTOR OF UNITED STATES INTERNAL REVENUE FOR THE SECOND DISTRICT OF NEW YORK. Error to the Circuit Court of Appeals for the Second Circuit. Motion to dismiss submitted October 6, 1924. Decided October 13, 1924. *Per Curiam.* Dismissed for the want of jurisdiction, on the authority of Judicial Code, § 128. *Spreckels Sugar Refining Co.* v. *McClain,* 192 U. S. 397; *McFadden* v. *United States,* 213 U. S. 288; *Kennard* v. *Nebraska,* 186 U. S. 304, 308. *Mr. Solicitor General Beck,* for defendant in error, in support of the motion. *Mr. John M. Perry* and *Mr. Arthur H. Van Brunt,* for plaintiff in error, in opposition to the motion.